No. 93-5484. McPherson v. United States. C. A. 3d Cir. Certiorari denied.

No. 93-5488. Young v. Grifo. Sup. Ct. Pa. Certiorari denied.

No. 93-5489. Taliaferro v. United States. C. A. 4th Cir. Certiorari denied.

No. 93-5490. Scott v. Morehouse School of Medicine, Inc., et al. C. A. 11th Cir. Certiorari denied.

No. 93-5491. Scott v. Willson. C. A. 11th Cir. Certiorari denied.

No. 93-5492. Grimm v. Rosenthal, Attorney General of Virginia. C. A. 4th Cir. Certiorari denied.

No. 93-5493. James v. Singletary, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 93-5494. Peoples v. United States. C. A. 5th Cir. Certiorari denied.

No. 93-5495. Nickens v. Cabana et al. C. A. 5th Cir. Certiorari denied.

No. 93-5496. Chavez v. United States. C. A. 9th Cir. Certiorari denied.

No. 93-5497. Ozbun v. United States. C. A. 9th Cir. Certiorari denied.

No. 93-5499. Haislip v. Stephan, Attorney General of Kansas, et al. C. A. 10th Cir. Certiorari denied.

No. 93-5502. Bunyan v. United States. C. A. D. C. Cir. Certiorari denied.

No. 93-5504. Fox et al. v. United States. C. A. 11th Cir. Certiorari denied.